## 35628. PERRYMAN v. DORSEY.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED NOVEMBER 16, 1979 — DECIDED JANUARY 8, 1980.

*John P. Nixon,* for appellant.
*Kenneth Lucas,* for appellee.